IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-513-GCM**

| | |
|---|---|
| SYNTHES SPINE COMPANY, LP, )<br>          Plaintiff, )<br>v. )<br> )<br>MICHAEL DULANEY, )<br>          Defendant. ) | **ORDER GRANTING**<br>**ADMISSION PRO HAC VICE** |

    **THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Donald G. Gamburg** to appear *Pro Hac Vice*, dated January 4, 2008 [doc #10].

    Upon careful review and consideration, this Court will grant the Application.

    In accordance with Local Rule 83.1 (B), the Court notes that Mr. Gamburg has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

    **IT IS SO ORDERED.**

                                                      Signed: January 8, 2008

                                                      Graham C. Mullen
                                                      United States District Judge