IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-513-GCM**

| | |
|---|---|
| SYNTHES SPINE COMPANY, LP, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| MICHAEL DULANEY, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Lauren A. Fox** to appear *Pro Hac Vice*, dated January 4, 2008 [doc #11].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Fox has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: January 8, 2008

Graham C. Mullen
United States District Judge