IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-513-GCM

| | |
|---|---|
| **SYNTHES SPINE COMPANY, LP,** ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| **MICHAEL DULANEY,** ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the motion of Defendant Michael Dulaney to allow **Samuel W. Outten** to appear *Pro Hac Vice*, dated January 24, 2008 [doc. #22].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Mr. Outten has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: January 24, 2008

Graham C. Mullen
United States District Judge