IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SYNTHES SPINE COMPANY, L.P.,

         Plaintiff,

v.

MICHAEL DULANEY,

         Defendant.

CASE NO. 3:07-CV-513-GCM

**STIPULATION OF DISMISSAL AND ORDER**

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES THAT this action is dismissed with prejudice pursuant to a Settlement Agreement entered between them and Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs.

The Court shall, however, retain jurisdiction to enforce the terms of the Settlement Agreement. Either party may file a petition for any alleged violation and/or requested enforcement by injunction of the Settlement Agreement, provided that such petition must be filed with the Court by January 31, 2009. If no petition is filed by that date, the Court's jurisdiction will expire.

Signed: February 13, 2008

Graham C. Mullen
United States District Judge

IT IS SO AGREED.

| | |
|---|---|
| s/Raboteau T. Wilder, Jr. | Kenneth B. Oettinger, Jr. |
| Raboteau T. Wilder, Jr. | Kenneth B. Oettinger, Jr. |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | Andrea L. D. Williams |
| | WOMBLE CARLYLE SANDRIDGE & RICE |
| Bank of America Corporate Building | *a Professional Limited Liability Company* |
| 42nd Floor | 301 South College Street, Suite 3500 |
| 100 North Tryon Street | Charlotte, NC 28202 |
| Charlotte, NC 28202-4007 | Phone: 704.331.4900 |
| Phone: 704.417.3120 | Fax: 704.338.7826 |
| Fax: 704.377.4814 | KOettinger@wcsr.com |
| rob.wilder@nelsonmullins.com | |
| and | and |
| Anthony B. Haller (*admitted pro hac vice*) | Samuel W. Outten |
| Scott F. Cooper (*admitted pro hac vice*) | WOMBLE CARLYLE SANDRIDGE & RICE |
| Donald D. Gamburg (*admitted pro hac vice*) | *a Professional Limited Liability Company* |
| Lauren A. Fox (*admitted pro hac vice*) | 550 S. Main Street, Suite 400 |
| BLANK ROME LLP | P. O. Box 10208 |
| One Logan Square | Greenville, SC 29603 |
| Philadelphia, PA 19103 | Phone: 864.255.5400 |
| Phone: 215.569.5690/5487/5330/5506 | Fax: 864.239.5852 |
| Fax: 215.832.5690/5487/5330/5506 | SOutten@wcsr.com |
| haller@blankrome.com / gamburg@blankrome.com | |
| cooper@blankrome.com / fox-l@blankrome.com | |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Synthes Spine Company, L.P. | Michael Dulaney |

Dated: February 8, 2008

SO ORDERED.

The Honorable Graham C. Mullen
United States District Court Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 8th day of February 2007, the foregoing Stipulation of Dismissal and Order were served on counsel via ECF electronic mail as follows:

Raboteau T. Wilder, Jr.
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Bank of America Corporate Building
42nd Floor
100 North Tryon Street
Charlotte, NC 28202-4007
rob.wilder@nelsonmullins.com

                Kenneth B. Oettinger, Jr.
                Andrea L. D. Williams
                WOMBLE CARLYLE SANDRIDGE & RICE
                *a Professional Limited Liability Company*
                301 South College Street, Suite 3500
                Charlotte, NC 28202
                KOettinger@wcsr.com
                and

                Anthony B. Haller
                Scott F. Cooper
                Donald D. Gamburg
                Lauren A. Fox
                BLANK ROME LLP
                One Logan Square
                Philadelphia, PA 19103
                haller@blankrome.com / gamburg@blankrome.com
                cooper@blankrome.com / fox-l@blankrome.com

                **Attorneys for Plaintiff,**
                Synthes Spine Company, L.P.

                and

                Samuel W. Outten
                WOMBLE CARLYLE SANDRIDGE & RICE
                *a Professional Limited Liability Company*
                550 S. Main Street, Suite 400
                P. O. Box 10208
                Greenville, SC 29603
                SOutten@wcsr.com

Attorneys for Defendant,
					Michael Dulaney

s/ Raboteau T. Wilder, Jr.
Raboteau T. Wilder, Jr.